IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr222

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> ) <br> CLARENCE DAKIM KEBREAU ) <br> ) | ORDER |

THIS MATTER is before the Court on an Order of Remand, filed November 25, 2008, from the Fourth Circuit Court of Appeals for additional proceedings.

**IT IS, THEREFORE, ORDERED** that the United States Marshal have the defendant Clarence Dakim Kebreau (Reg. No. 20489-058) present in Charlotte, North Carolina not later than January 30, 2009, for trial calendar call on February 2, 2009, at 9:30 a.m.

The Clerk is directed to certify copies of this Order the defendant, defendant's counsel, the United States Attorney, the United States Marshal Service, and the United States Probation Office for the Western District of North Carolina.

Signed: December 18, 2008

Robert J. Conrad, Jr.
Chief United States District Judge