IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05cr222

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.     )<br>)       ORDER<br>)<br>CLARENCE DAKIM KEBREAU )<br>) | |

**THIS MATTER** is before the Court on an Order of Remand, filed November 25, 2008, from the Fourth Circuit Court of Appeals for additional proceedings. (Doc. No. 37). The Court has set this matter for trial during the February 2, 2009, term in the Charlotte Division. (Doc. No. 39).

**IT IS, THEREFORE, ORDERED** that the Community Defender shall designate counsel promptly to represent the defendant for the remainder of this case, unless he retains other counsel.

The Clerk is directed to certify copies of this Order the defendant, defendant's counsel, the United States Attorney, the United States Marshal Service, and the United States Probation Office for the Western District of North Carolina.

Signed: December 23, 2008

Robert J. Conrad, Jr.
Chief United States District Judge